JOHN MAGWIRE, Respondent, v. JOHN RIGGIN, Appellant.

1. Magwire v. Riggin, 44 Mo. 512, affirmed.

*Appeal from St. Louis Circuit Court.*

*Harding & Crane*, for respondent.

*Glover & Shepley*, and *Garesche & Mead*, for appellants.

BLISS, Judge, delivered the opinion of the court.

This cause has once been before us, and is reported in 44 Mo. 512. It was remanded and a new trial had, and a judgment recovered at Special Term, which was affirmed at General Term. No new facts are developed and no new questions raised.

The other judges concurring, the judgment will be affirmed.